UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLENIC PETROLEUM LLC, | No. 1:19-cv-00483-LJO-SKO |
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| ELBOW RIVER MARKETING LTD., | |
| Defendant. | (Doc. 23) |

On December 2, 2019, Plaintiff filed a "Notice of Voluntary Dismissal without Prejudice," in which Plaintiff requests that the case be dismissed without prejudice. (Doc. 23.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:   **December 3, 2019**                /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE